THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* BILLY JOE PRESTON, Defendant-Appellant.

(No. 12308;

Fourth District—May 27, 1974.

Opinion by Mr. JUSTICE CRAVEN.

John F. McNichols, J. Daniel Stewart and Daniel D. Yuhas, all of State Appellate Defender's Office, of Springfield, for appellant.

Robert J. Bier, State's Attorney, of Quincy, for the People.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* LEE A. ALLEN, Defendant-Appellant.

(No. 73-224;

—May 29, 1974.